| | |
|---|---|
| Scott D. Baker (SBN 84923)<br>Email: *sbaker@reedsmith.com*<br>John P. Bovich (SBN 150688)<br>Email: *jbovich@reedsmith.com*<br>Jonah D. Mitchell (SBN 203511)<br>Email: *jmitchell@reedsmith.com*<br>James A. Daire (SBN 239637)<br>Email: *jdaire@reedsmith.com*<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br><br>Telephone: +1 415 543 8700<br>Facsimile: +1 415 391 8269<br><br>Attorneys for<br>Sybase, Inc. and Informatica Corporation | Gregory G. Schwartz<br>Cal. State Bar No. 206134<br>Email: gschwartz@rohdelaw.com<br>ROHDE & VAN KAMPEN PLLC<br>1001 Fourth Ave., Suite 4050<br>Seattle, WA 98154-1000<br><br>Phone: 206-386-7349<br>Fax: 206-405-2825<br><br>Michael James Cronen<br>Cal. State Bar No. 22653<br>Zimmerman & Cronen, LLP<br>1330 Broadway, Suite 710<br>Oakland, CA 94612<br>Tel: (510) 465-0828<br>Fax: (510) 465-2041<br>Email : mcronen@zimpatent.com<br><br>Attorneys for Data Retrieval Technology LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>                Plaintiff,<br>vs.<br><br>SYBASE, INC., a Delaware Corporation,<br>INFORMATICA CORPORATION, a Delaware Corporation,<br><br>                Defendants.<br><br>SYBASE, INC., a Delaware Corporation, and INFORMATICA CORPORATION, a Delaware Corporation,<br><br>                Plaintiffs,<br>vs.<br><br>DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>                Defendant. | Case No.: C09-1909 VRW<br>(Related Case No.: C08-05481 VRW)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE PRIVATE ADR**<br><br>Hon. Vaughn R. Walker |

## RECITALS

1. On May 21, 2009, the parties to the litigation agreed to participate in private mediation pursuant to the Court's ADR Local Rules, and submitted a written stipulation to complete private mediation by November 30, 2009.

2. Subsequently, the Court entered an order pursuant to the parties' written stipulation, setting November 30, 2009 as the deadline to complete private mediation. [Docket No. 39.]

3. Good cause exists for an extension of this deadline. The parties have agreed to mediate the dispute before the Honorable Edward A. Infante (Ret.), JAMS. The parties are currently in the midst of determining an available date for Judge Infante, principals for the respective parties, and outside counsel.

4. In light of these efforts, the parties' request that the deadline to complete private mediation be extended to February 10, 2010. There are no previous time modifications in the case, and the requested time modification would have no affect on the Court's Case Management Order.

///

///

///

///

///

///

# STIPULATION

Accordingly, the parties hereby stipulate to extend the deadline to complete private mediation from November 30, 2009 to February 10, 2010. No other dates shall be affected by this stipulation and Court Order.

DATED: November 25, 2009.              REED SMITH LLP

                                       By: /s/ James A. Daire
                                       James A. Daire
                                       Attorneys for
                                       Sybase, Inc. and Informatica Corporation

DATED: November 25, 2009.              ROHDE & VAN KAMPEN PLLC

                                       By: /s/ Gregory G. Schwartz
                                       Gregory G. Schwartz
                                       Attorneys for
                                       Data Retrieval Technology LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 1, 2009



Hon. Vaughn R. Walker
United States District Court Chief Judge

IT IS SO ORDERED
Judge Vaughn R Walker

## CERTIFICATE OF SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

                                      */s/ Gregory G. Schwartz*
                                      Gregory G. Schwartz